**PHILLIPS & ASSOCIATES**

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

September 14, 2016

<u>*Via ECF*</u>
Hon. Laura Taylor Swain
U.S. District Judge
U.S. District Court (S.D.N.Y.)
500 Pearl Street
New York, NY 10007

  Re: ***Santana v. Latino Express Restaurants, Inc., et al.***
     **Case No. 15 cv 4934 (LTS) (DCF)**

Your Honor:

  This letter is respectfully submitted on behalf of the plaintiff in the above-captioned matter. In short, the plaintiff is submitting this letter to alert the Court that the parties have reached a settlement in principal and respectfully request the Court to stay all present deadlines (including, inter alia, the order entered August 25, 2016 directing the plaintiff to file Proposed Findings of Fact and Conclusions of Law concerning Plaintiff's NYCHRL claims no later than September 26, 2016 (see Docket #27)).

  Furthermore, the plaintiff respectfully requests a reasonable time in order to file fairness materials for review by the Court pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), as claims were raised in this case pursuant to the Fair Labor Standards Act.

  The plaintiff thanks the Court for its attention to this matter.

            Respectfully submitted,

            */s/ CWei*
            _____
            Casey Wolnowski, Esq.
            *Attorneys for Plaintiff*
            45 Broadway, Suite 620
            New York, NY 10006
            Tel: (212) 248-7431
            Fax: (212) 901-2107
            cwolnowski@tpglaws.com

Hon. Laura Taylor Swain
September 14, 2016
Page 2 of 2

CC:     Latino Express Restaurants, Inc. (*via U.S. Mail*)
        888 Westchester Avenue
        Bronx, NY  10472

        Tommy Pimental (*via U.S. Mail*)
        Latino Express Restaurants, Inc.
        1888 Westchester Avenue
        Bronx, NY  10472