```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 9-16-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCERO SANTANA,

                Plaintiff,

-against-

LATINO EXPRESS RESTAURANTS, INC.
AND TOMMY PIMENTAL,

                Defendants.

No. 15-CV-4934-LTS-DCF

ORDER REGARDING
PROPOSED SETTLEMENT

        The attorneys for the parties have advised the Court that this action has been or will be settled. Accordingly, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within 45 days of the date hereof. The approval request must be supported by a declaration and any other evidence necessary to support the requested determination. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

        SO ORDERED.

Dated: New York, New York
       September 16, 2016

                                            LAURA TAYLOR SWAIN
                                            United States District Judge